ENTERED ON DOCKET 10/29/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**In Re:  Rio Piedras Explosion Litigation**

CIVIL CASE  96-2443 (CCC)

CIVIL CASE  96-2514 (CCC)

RECEIVED & FILED
01 OCT 29  PM 4:22
DEPUTY OFFICES
U.S. DISTRICT COURT
SAN JUAN, P.R.

## PARTIAL JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry # 3117, the claim of **Jose Vazquez-Arroyo**  is dismissed from said action, with prejudice.

In San Juan,  Puerto Rico,  this 21th  day of  September,   2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk

